## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                            Plaintiff,<br><br>    vs.<br><br>Gloria Santos(1),<br><br>                                            Defendant. | Case No. 21-cr-03195-BTM<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

21:952, 960; 18: 2 - Importation of Methamphetamine; Aiding and Abetting (1s)
21:841(a)(1), 846 - Conspiracy to Distribute Methamphetamine (2s)

Dated: 2/16/2022

*Barbara L. Major*
Hon. Barbara L. Major
United States Magistrate Judge